UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/19/2025_
```

OMAR FARUK,

                    Plaintiff,

        -v-

KRISTI NOEM, ET AL.,

                    Defendants.

**ORDER**

25-CV-8748 (JHR) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On December 9, 2025, the Court entered an Order to Show Cause. ECF No. 8. Therein, Plaintiff was directed to file proof of service of the Order to Show Cause on Defendants by December 16, 2025. To date, no proof of service has been filed. The Court *sua sponte* grants an extension of time to do so until **December 23, 2025**.

Plaintiff is also reminded that, by **December 30, 2025**, he should initiate default judgment proceedings in accordance with Federal Rules of Civil Procedure 55(a) and 55(b) and Local Civil Rules 55.1 and 55.2 or submit a status letter informing the Court as to Plaintiff's litigation plan and whether he is still actively attempting to serve Defendants.

Failure to comply with the Court's Orders may result in a recommendation to the Honorable Jennifer H. Rearden that this action be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41.

**SO ORDERED.**

Dated: December 19, 2025
      New York, New York

———————————————————

Henry J. Ricardo
United States Magistrate Judge

2